THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Montrell
 Brockington, Appellant.
 
 
 

Appeal From Florence County
 Thomas A. Russo, Circuit Court Judge
Unpublished Opinion No.   2009-UP-039
Submitted January 2, 2009  Filed January
 15, 2009 
AFFIRMED

 
 
 
 Appellate Defender Kathrine H. Hudgins, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Assistant Attorney General William M. Blitch, Jr., all of Columbia; and Solicitor
 Edgar L. Clements, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Montrell
 Brockington was convicted of possession with intent to distribute marijuana and
 possession with intent to distribute marijuana within proximity of a school or
 park.  On appeal, Brockington argues the
 trial court erred when charging the law on constructive possession by failing
 to instruct the jury it was free to accept or reject the permissive inference
 of knowledge and possession.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities: State v. Adkins,
 353 S.C. 312, 318, 577 S.E.2d 460, 464 (Ct. App. 2003) (A jury charge is correct if, when the
 charge is read as a whole, it contains the correct definition and adequately
 covers the law.); Id. at 318-19,
 577 S.E.2d at 464 (The substance of the law is what must be charged
 to the jury, not any particular verbiage.). 
AFFIRMED.
Huff, Thomas, and
Lockemy, JJ., concur. 

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.